September 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GREENBERG TRAURIG, LLP, Appellant

NO. 14-14-00047-CV                              V.

NATIONAL AMERICAN INSURANCE COMPANY AND OKIE
FOUNDATION DRILLING CO., INC., Appellees/Cross-Appellants

V.

FISHERBROYLES, LLP AND RUSSELL DEPALMA, Cross-Appellees

_____

This cause, an interlocutory appeal of the trial court's order denying appellant Greenberg Traurig, LLP's motion to compel arbitration, signed December 26, 2013, and a cross-appeal of the trial court's denial of cross-appellants National American Insurance Company and Okie Foundation Drilling Co., Inc.'s alternative motion to compel cross-appellees FisherBroyles, LLP and Russell DePalma to arbitration, signed December 26, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgments. We therefore order the judgments of the court below **REVERSED** and **RENDER** judgment ordering all parties to arbitrate NAICO and Okie's claims, and we **REMAND** this case to the trial court for further proceedings consistent with this Court's opinion, including the grant of an appropriate stay. *See* Tex. Civ. Prac. & Rem. Code § 171.025(a).

We further order that each party bear its own costs incurred by reason of this appeal.

We further order this decision certified below for observance.